**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERTA CHRISTIAN,<br><br>       Plaintiff,<br><br>   vs.<br><br>NEW SONG LUTHERAN CHURCH, INC., a Nevada Nonprofit Corporation; and DOE individuals 1 through 20 and ROE entities 1 through 20;<br><br>       Defendants. | Case No. : 2:21-cv-02206-GMN-VCF<br><br>**ORDER** |

Pending before the Court is Defendant New Song Lutheran Church, Inc.'s ("Defendant's") [4] Motion to Withdraw Notice of Removal, which asks the Court to remand this case to the Eighth Judicial District Court, Clark County, Nevada. Defendant explains that it erroneously removed this case based on diversity jurisdiction because it is a citizen of Nevada and was properly joined and served. *See* 28 U.S.C. § 1441(b)(2) ("A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendant is a citizen of the State in which

such action is brought"). Plaintiff Roberta Christian ("Plaintiff") filed the [6] Joinder to Defendant's [4] Motion, which expresses her non-opposition to remanding the case.

Accordingly, IT IS HEREBY ORDERED that Defendant's [4] Motion to Withdraw Notice of Removal is GRANTED. IT IS FURTHER ORDERED that this case be REMANDED to the Eighth Judicial District Court, Clark County, Nevada. The Clerk of Court shall close this case

DATED this __22__ day of _____March_____ 2022.

_____
Gloria M. Navarro
United States District Judge